JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MANUEL LOPEZ, <br><br> Plaintiff, <br><br> vs. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, Inclusive, <br><br> Defendants. | CASE NO.: 5:20-cv-00153 <br><br> (Removed from Riverside County Superior Court Case No. RIC 1906057) <br><br> [**PROPOSED**] ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiff MANUEL LOPEZ and defendant FORD MOTOR COMPANY, by and through their respective attorneys of record, stipulate that the entire action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Court retaining jurisdiction to enforce the settlement. Each party shall bear its own costs, expenses and attorneys' fees.

THEREFORE, IT IS ORDERED that the entire action is dismissed with prejudice. The Court will retain jurisdiction to enforce the settlement.

DATED:   May 14, 2020          By:_____
                                                    HON. ANDRE BIROTTE JR.
                                                    UNITED STATES DISTRICT JUDGE

22519491v2

1